1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   NATHANIEL B. WALKER (Cal. Bar No. 224473)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0282
7       Facsimile: (213) 894-0141
        E-mail:    nathaniel.walker@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 IN THE MATTER OF THE              CR Misc. No. 15-1770M
   EXTRADITION OF
13                                   GOVERNMENT'S *EX PARTE* APPLICATION
   KENNETH WAYNE FROUDE,             FOR ORDER SEALING DOCUMENTS;
14                                   DECLARATION OF NATHANIEL B. WALKER
   A Fugitive from the Government
15 of Canada.                        (UNDER SEAL)

16

17

18      The United States of America, by and through its counsel of

19 record, the United States Attorney for the Central District of

20 California and Assistant United States Attorney Nathaniel B. Walker,

21 hereby applies *ex parte* for an order that the following materials,

22 lodged herewith, be filed under seal: (1) complaint for arrest

23 warrant and extradition; (2) order thereon; (3) arrest warrant; and

24 (4) this *ex parte* application and supporting declaration.

25 //

26 //

27

28

This ex parte application is based upon the attached declaration of Nathaniel B. Walker.

Dated: September 22, 2015

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Nathaniel B. Walker*
NATHANIEL B. WALKER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF NATHANIEL B. WALKER

I, Nathaniel B. Walker, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am a member of the Bar of the State of California and am admitted to practice before this Court. I am the attorney representing the government in the matter of the extradition of KENNETH WAYNE FROUDE, a fugitive from the government of Canada.

2. The government requests leave to file the following documents under seal until the arrest of the fugitive, or until further order of the Court: (1) complaint for arrest warrant and extradition; (2) order thereon; (3) arrest warrant; and (4) this declaration and the ex parte application that it supports. The government seeks under seal filing because disclosure of the existence of the complaint and the requested warrant may cause the fugitive to flee, or may put the arresting officers in greater danger.

3. Should the Court deny this application, the government requests that the complaint for arrest warrant and extradition, the arrest warrant itself, and this ex parte application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

//

//

this declaration is executed at Los Angeles, California, on September 22, 2015.

_____
NATHANIEL B. WALKER