EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
NATHANIEL B. WALKER (Cal. Bar No. 224473)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0282
    Facsimile: (213) 894-0141
    E-mail:   nathaniel.walker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
EXTRADITION OF

KENNETH WAYNE FROUDE,

A Fugitive from the Government
of Canada.

CR Misc. No. 15-1770M

[~~PROPOSED~~] ORDER SEALING DOCUMENTS

(UNDER SEAL)

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's _ex parte_ application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's _ex parte_ application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

JACQUELINE CHOOLJIAN

DATE 9/23/15

HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

<u>IN CASE OF DENIAL:</u>

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____      _____
DATE                                              HONORABLE JACQUELINE CHOOLJIAN
                                                 UNITED STATES MAGISTRATE JUDGE

Presented by:

  /s/
_____
NATHANIEL B. WALKER
Assistant United States Attorney