**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>KENNETH WAYNE FROUDE<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR 15-1770 M<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/01/2015  9:00  ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building)  Yes ☑  No ☐
3. Charges under which defendant has been booked:
   18 USC 3184 FUGITIVE FROM THE GOVERMENT OF CANADA
4. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen:  ☐ Yes  ☐ No  ☐ Unknown
6. Interpreter Required:  ☑ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1968
8. The defendant is:  ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?  ☑ No
    ☐ Yes  Name: _____  and Phone Number: _____
13. Did you notify Pretrial Services?  ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFCR  Time: 9:00  AM / PM
14. Remarks (if any): _____

15. Date: 10/01/2015
16. Name: Leone Luna (Please Print)
17. Agency: USMS
18. Signature: _____
19. Office Phone Number: 213 894-1376