

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 15-1770M | Date | October 1, 2015 |
|---|---|---|---|
| Title | In re Froude | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION

    Defendant Kenneth Froude made his initial appearance in this extradition matter. The government moved for detention. Defendant did not oppose the request. The Court orders that Defendant be DETAINED in the custody of the U.S. Marshal pending further proceedings.