# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ V.S. Kenneth Wayne Fronde

FOR: Central Dist. Cal.
AT: Los Angeles

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Kenneth Wayne Fronde

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: MJ 15-1770
District Court: 
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor
Extradition

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ ~1500
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ n/a
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: n/a    SOURCES: _____
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No   IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE: _____   DESCRIPTION: _____
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| housing fees | | $ | $ 1000 |
| cable | | $ | $ 15 |
| cell phone | | $ | $ 45 |
| food | | $ | $ 60 |
| electricity | | $ | ~$65 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/1/15

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ [signature]