FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>KENNETH WAYNE FROUDE,<br><br>A Fugitive from the Government of Canada. | CR Misc. No. **15-1770M**<br><br>WARRANT OF ARREST<br><br>[Pursuant to 18 U.S.C. § 3184] |

To any United States Marshal or other authorized officer:

You are hereby commanded to arrest KENNETH WAYNE FROUDE and bring him forthwith before the nearest available United States Magistrate Judge to answer a complaint charging him with being subject to extradition to Canada pursuant to a warrant of arrest in Canada charging him with the crimes of failing to: (1) serve the entire period of a long term supervision order; (2) reside at a community correctional center or other facility approved by the Correctional Service of Canada; (3) remain in Canada or within the territorial boundaries fixed by the parole supervisor; and (4) obey the law and keep the peace as ordered.

9/23/15
DATE

JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

RETURN

Received 9/29/, 2015, at 0900, and executed by arrest of Kenneth Wayne Froude at Gardena, CA, on 10/1/15.

Dated: 10/1/15, 2015, Central District of CA.

By: Leonel Luna

Title: Deputy U.S. Marshal