UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | MJ 15-1770 | Date | October 30, 2015 |
|---|---|---|---|

Present: The Honorable **Michael R. Wilner**

Interpreter: None

| Veronica McKamie | CS 10/30/15 | Nathaniel Walker |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kenneth Wayne Froude | X | X | | Marisol Orihuela | X | X | |

**Proceedings:** **ORDER RE: STATUS CONFERENCE**

      The Court conducted a status conference today. The Court ordered Government to file a requests for extradition or submit a notice on what it intends to do with this case by 3:00 p.m. on Wednesday, November 4, 2015. If a requests for extradition has not been filed, the parties are ordered to appear November 6, 2015 at 11:00 a.m. for a status conference.

                                                                             : 15

Initials of Deputy Clerk    vm

cc: Parties