UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | MJ 15-1770 (CV 15-8623) | Date | November 5, 2015 |
|---|---|---|---|

| Present: The Honorable | Michael R. Wilner |
|---|---|
| Interpreter | None |

| Veronica McKamie | None | Nathaniel B. Walker (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kenneth Froude | X | X | | Marisol Orihuela | X | | X |

**Proceedings**   (IN CHAMBERS) RE: SCHEDULED STATUS CONFERENCE

The parties are advised that the scheduled status conference set for November 6, 2015 at 11:00 a.m. is vacated and taken OFF CALENDAR.

|   | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | | vm |

cc: AUSA
    DFPD